**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1364**

BANORO GARRETT,

                    Plaintiff – Appellant,

          v.

LIEUTENANT R. H. WEILER; SERGEANT R. D. LEWIS; ROBERT J.
MCCABE; LIEUTENANT BONILLA; M/DEPUTY A. MEARS; JANEL
CUMMINGS,

                    Defendants – Appellees,

          and

THE NORFOLK POLICE DEPARTMENT; THE NORFOLK SHERIFF'S
OFFICE; THE CITY OF NORFOLK; OFFICER D. A. PACIFICO;
OFFICER H. G. WHITE; SERGEANT G. SNYDER; DEPUTY TAYLOR; L.
WILLIS; P. BELL; J. KIDD; DARRELL HILL,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:12-cv-00295-RAJ-LRL)

Submitted:  July 24, 2014            Decided:  July 28, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Banoro Garrett, Appellant Pro Se. Melvin Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia; Lisa H. Leiner, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia; Ruth Griggs, Joel Mark McCray, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Banoro Garrett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garrett v. Weiler, No. 2:12-cv-00295-RAJ-LRL (E.D. Va. filed Mar. 25 & entered Mar. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED